IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MOISES NOLASCO § | |
| Plaintiff § | |
| § | |
| VS. § | Civil Action No. 7:17-cv-00275 |
| § | |
| § | |
| RUDY RODRIGUEZ and § | |
| UNITED STATES OF AMERICA § | Jury Demanded |
| Defendant § | |

**PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION**

TO THE HONORABLE FEDERAL DISTRICT COURT JUDGE:

COME NOW, MOISES NOLASCO, Plaintiff, and file this First Amended Original Petition complaining of RUDY RODRIGUEZ and the UNITED STATES OF AMERICA, Defendants, and for cause of action shows:

**1. DISCOVERY CONTROL PLAN**

Plaintiff intends to proceed under Discovery Control Plan No. 2.

**2. PARTIES**

Plaintiff is a citizen of the United States who is domiciled in Hidalgo County, Texas.

Defendant, United States of America service may be served at:

Abe Martinez, Acting USA Attorney
United States Government
Justice Department of US Attorney's Office
Bentsen Tower
1701 West Hwy 83, Suite 600
McAllen, TX 78501

**3.     JURISDICTION.** Federal jurisdiction resides in the District Courts of the United States based on citizenship of the parties per 28 U.S.C. §1332 as Plaintiff is a United States resident citizen.

**4.     VENUE**

Venue is proper pursuant to 28 U.S.C. §1441 as this is the federal district court for the district where the incident made the basis of the lawsuit occurred.

**5.     FACTS**

On September 25, 2015 at 08:35 a.m. Plaintiff, MOISES NOLASCO, was lawfully traveling east on Thomas Road on his bicycle nearing the intersection of Encino Road and Thomas Road in Pharr, Hidalgo County, Texas. Plaintiff Mr. Nolasco was on his way to school at CCTA in Pharr, Texas. A United States Postal Service (USPS) vehicle was on Encino Road traveling southbound towards Thomas Road without stopping.

As Plaintiff crossed the intersection, crossing Encino Road, Plaintiff was hit on left side by a USPS vehicle driven by Defendant Rudy Rodriguez, of the United States Postal Service in the course and scope of his employment. Plaintiff was struck on his left side by the USPS vehicle while the vehicle was traveling in motion. The effect and force from a heavy vehicle upon a pedestrian caused Plaintiff serious injury.

Plaintiff requested the driver's information and supervisor's number however Defendant Rudy Rodriguez refused to cooperate and only stated his name as Rudy (unknown last name at the time), and would not give any other information, but rather, left the scene.

Police report confirmed that Defendant Rudy Rodriguez let go of the brakes and struck Plaintiff. Police further classified Defendant Rudy Rodriguez' vehicle as a "hit and run".

**6.   NEGLIGENCE.**  The collision described above, and the resulting injuries and damages suffered by Plaintiff, were actually and proximately caused by Defendant RUDY RODRIGUEZ' negligence in one or more of the following acts or omissions:

- Driver's inattention;
- Failing to yield the right of way to a pedestrian;
- Distracted driving;
- Disregarding a stop sign;
- Failing to yield to the right of way to traffic on a public road;
- Failing to maintain control of his vehicle.
- Failing to maintain such a lookout as a person of ordinary prudence would have maintained under the same or similar circumstances;
- Failing to timely and properly apply his brakes prior to the collision; and
- Failing to take proper evasive action to avoid the collision made basis of this claim.

**7.   RESPONDEAT SUPERIOR.**  Defendant Rudy Rodriguez was an employee of the United States of America and was driving in the course and scope of his employment with the United States Postal Office.  Defendant, the UNITED STATES OF AMERICA is liable to Plaintiff for Defendant Rudy Rodriguez' negligence through the doctrine of respondent superior.

Alternatively, Defendant Rudy Rodriguez was the statutory employee of, the UNITED STATES POSTAL SERVICE, notwithstanding traditional common-law doctrines of master-servant or respondeat superior. 49 C.F.R. § 390.5 (defining "employee" and "employer"). The UNITED STATES OF AMERICA is vicariously liable as a matter of law for Defendant Rudy Rodriguez' negligence.

**8.    PERSONAL INJURY DAMAGES.**

As a direct and proximate result of Defendants' acts and omissions, Plaintiff suffered serious personal injury. Plaintiff's damages exceed the minimum jurisdictional limit of this Court and include:

- past, present, and future medical bills;
- past, present, and future disfigurement, physical pain and mental anguish;
- past, present, and future physical impairment; and
- lost wages and loss of earning capacity

Plaintiff seeks actual damages be awarded to the Jury in an amount within jurisdictional limits of this Court.

**9.    PREJUDGEMENT INTEREST**

Plaintiff seeks pre-judgment interest on the past damages found by the Trier of fact.

**10.   CONDITIONS PRECEDENT**

A claim was filed under FTCA on February 1, 2017. Defendant denied Plaintiff's claim on August 2, 2017, requiring Plaintiff to file suit.

**11.   JURY DEMAND**

Plaintiff demands a trial by jury and has tendered the jury fee.

**P R A Y E R**

WHEREFORE, Plaintiff, MOISES NOLASCO prays that, on final trial, Plaintiff has:

1. Judgment against defendants for damages
2. Pre-judgment interest;
3. Post-judgment interest;
4. Costs of suit; and

5. All such other relief, at law or at equity, to which Plaintiff may show himself to be entitled.

Respectfully submitted,

LAW OFFICES OF EZEQUIEL REYNA, JR., P.C.

Damon C. Garcia
State Bar No. 24072105
Federal Bar No. 1402920
702 W. Expressway 83, Suite 100
Weslaco, Texas 78596
(956) 968-9556 Phone / (956) 447-0668 Fax
Email: dgarcia@zreynalaw.com,
   roriojas@zreynalaw.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that on this 13th day of November 2017, I served a true and correct copy of the foregoing to the below persons in the manner indicated.

Abe Martinez, Acting USA Attorney                    *Via E-Service*
United States Government
Justice Department of US Attorney's Office
Bentsen Tower
1701 West Hwy 83, Suite 600
McAllen, TX 78501

Jeff Sessions                                        *Via CMRRR*
Attorney General of the USA at Washington
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Damon C. Garcia