United States District Court
Southern District of Texas
**ENTERED**
February 07, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| MOISES NOLASCO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-443 |
| | § | |
| RUDY RODRIGUEZ, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court now considers the joint stipulation of dismissal[1] filed by the parties announcing to the Court the parties agree to dismiss Plaintiff's claims with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all appearing parties. Since the stipulation of dismissal is signed by all appearing parties, Plaintiff has effectively dismissed the case and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 7th day of February, 2019.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 23.